# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RANELL JOSEPH

NO.  2020 KW 0005

APR 2 8 2020

---

In Re:    Ranell Joseph, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 03-12-1055

---

**BEFORE:  HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED ON THE SHOWING MADE.**   Relator failed to include a copy of the application for postconviction relief filed with the district court, the state's answer, the bill of information, all pertinent minute entries and/or transcripts, the commitment order, and any other portions of the district court record that might support the claims raised in the application for postconviction relief.  Supplementation of this writ application and/or an application for rehearing will not be considered.  See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.  In the event relator elects to file a new application with this court, the application must be filed on or before July 9, 2020.  Any future filings on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT